

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAKE BABBE | Violation: Title 18, United States Code, Section 111(a)(1) |

1:25-cr-00722
Judge Sunil R. Harjani
Magistrate Keri L. Holleb Hotaling
RANDOM / Cat. 4

The SPECIAL JUNE 2024 GRAND JURY charges:

On or about October 31, 2025, at Chicago, in the Northern District of Illinois, Eastern Division,

JAKE BABBE,

defendant herein, did forcibly impede, intimidate, and interfere with an Officer of the United States Government (as defined in Title 18, United States Code, Section 1114), namely, a Border Patrol Agent, while engaged in the performance of his official duties and such acts involved physical contact with the victim;

In violation of Title 18, United States Code, Section 111(a)(1).

_____
FOREPERSON

_____
Signed by Jason Yonan on behalf of the
UNITED STATES ATTORNEY