UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    v.<br><br>JAKE BABBE | Case No. 25 CR 722<br><br>Honorable Sunil R. Harjani |

**NOTICE OF WITHDRAWAL OF COUNSEL**

Please take notice that Assistant United States Attorney Andrew C. Erskine is no longer assigned to the above-captioned case.

Assistant United States Attorney Andrew C. Erskine is leaving the employment of the United States Attorney's Office for the Northern District of Illinois.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By:   */s/ Andrew C. Erskine*
ANDREW C. ERSKINE
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-1875