**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

UNITED STATES OF AMERICA

                             Plaintiff,

v.                                      Case No.: 1:25−cr−00722
                                      Honorable Sunil R. Harjani

Jake Babbe

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 27, 2026:

      MINUTE entry before the Honorable Sunil R. Harjani: An in−person pretrial diversion hearing was held. The Defendant and counsel were present. The Court advised the Defendant of his rights, and the Defendant consented to proceed with the pretrial diversion agreement. The Court accepts the agreement and, pursuant to the Agreement to Defer Prosecution, the prosecution of the charges in the Indictment is deferred for a period of 12 months. The Defendant was admonished to comply with all conditions of the agreement. An in−person status hearing is set for June 10, 2027, at 10:00 a.m. in Courtroom 1925. Upon motion by the government and without objection, time is excluded pursuant to 18 U.S.C. 3161(h)(7)(A), (B) from today and through 6/10/2027 Mailed notice (lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.