PS 4
(03/06)

# PRETRIAL DIVERSION AGREEMENT

## IN THE UNITED STATES DISTRICT COURT

Northern District of Illinois

IN RE _____     File No. _____
(Name of Divertee)

*(Or, if case filed)*

UNITED STATES OF AMERICA     Case No. 25 CR 722

V.

Jake Babbe
_____
Defendant

The court has been advised that   Jake Babbe   has entered into a pretrial
(Divertee/Defendant)

diversion agreement dated   05/27/2026  , with the United States Attorney's office. A copy of the

agreement is attached to this order and is incorporated by reference.

The pretrial diversion agreement includes a condition that requires   Jake Babbe
(Divertee/Defendant)

to make restitution in the amount of $   2,500.00   to   Clerk of the Court
(Address(es))

United States District Court - NDIL, 219 South Dearborn Street, 20th Floor, Chicago, IL 60604
(Address(es))

It is ORDERED that the clerk of the court accept and receive restitution payments from

Jake Babbe   and disburse them to   Clerk of the Court
(Divertee/Defendant)     (Address(es))

United States District Court - NDIL, 219 South Dearborn Street, 20th Floor, Chicago, IL 60604
(Address(es))

in accordance with the pretrial diversion agreement and in the manner in which restitution payments are received
and disbursed for criminal judgments.

Sunil R. Harjani, District Court Judge     _____
Name and Title of Judge     Signature of Judge

05/27/2026
_____
Date